No. 1183. MUNKS v. NEW YORK. Petition for writ of certiorari to the County Court of Kings County, New York; and

No. 1213. CANIZIO *v.* NEW YORK. Petition for writ of certiorari to the County Court of Ulster County, New York. May 5, 1947. Denied.